# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**DARRYL DEMETRIUS DIXON,**

    *Plaintiff,*

v.                                        **CASE NO. 5:16-cv-000137-MP-CJK**

**JOHN DALLAS, ET AL.,**

    *Defendants.*

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 25, 2016. ECF No. 4. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Three weeks after the Magistrate Judge issued the Report and Recommendation, Plaintiff filed his First Amended Complaint. ECF No. 5. His amended complaint attempts to correct the deficiencies in his first complaint that caused the Magistrate Judge to recommend dismissal. The Court has determined that the

appropriate sanction for Plaintiff's abuse of the judicial process in not providing the Court with true factual statements or responses is to dismiss the case without prejudice. Courts have held that this is an appropriate response. *Rivera v. Allin*, 144 F.3d 719, 731 (11th Cir. 1998), *abrogated in part on other grounds by Jones v. Bock*, 549 U.S. 199 (2007). Providing Plaintiff with the opportunity to amend his complaint to disclose the previous four lawsuits which he failed to identify would equate to overlooking his abuse of the judicial process.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this order.

2. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is GRANTED for limited purposes of dismissing this action.

3. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) as malicious.

4. The clerk is directed to close the file.

**SO ORDERED on July 29, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**

*Case No: 5:16-cv-000137-MP-CJK*